IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 CR 25-7

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JORDEN MITCHELL JOHNSON. ) | |
| ) | |

**THIS CAUSE** coming on to be heard before the undersigned, pursuant to an oral motion to withdraw and a written "Motion to Withdraw" (#95) filed by Rich Cassady, attorney for the defendant. It appearing that attorney Fred Winthrop has now been retained to represent the defendant and for that reason, good cause has been shown for the granting of said motion.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the "Motion to Withdraw" (#95) filed by attorney Rich Cassady in this matter is hereby **ALLOWED.**

Signed: May 19, 2009

Dennis L. Howell
United States Magistrate Judge